AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Sabraw, Dana M | **2. Court or Organization**<br><br>District Court -- So. Dist. CA | **3. Date of Report**<br><br>03/22/2006 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>U.S. District Judge | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination,　　Date<br>☐ Initial　　☒ Annual　　☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br>01/01/2005<br>to<br>12/31/2005 |
| **7. Chambers or Office Address**<br><br>United States Courthouse<br>940 Front Street, Room 2160<br>San Diego, CA 92101-8910 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ Date＿＿＿＿＿ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Governors | Association of Business Trial Lawyers -- San Diego |
| 2. Board of Directors | Adv. Science & Technology Adjudication Stds, Credentials & Accreditation Bd, affiliated w/ Einstein Inst. for Science, Health & The Courts |
| 3. | |
| 4. | |
| 5. | |

2006 MAR 30 A 9: 35 RECEIVED
FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sabraw, Dana M | 03/22/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | San Diego County (District Attorney's Office) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Advanced Science & Technology Adjudication Standards, Credentials & Accreditation Bd. | October 7-9 -- Warrenton, VA, Mtg of Board Committee and Seminar on Life Sciences (Transportation, meals, and room) |
| 2. Association of Business Trial Lawyers of San Diego | October 21-23 – Tucson, AZ, Annual meeting and seminar (Transportation, meals, and room) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sabraw, Dana M | 03/22/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington Mutual | Mortgage on Rental Property, San Diego, CA (Part VII, Line 1) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sabraw, Dana M | 03/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, San Diego, CA (1988 – 168,000) | E | Rent | O | Q | | | | | |
| 2. Lincon – Mutual Fund | A | Dividend | K | T | | | | | |
| 3. - Aim Premier Equity | | | | | | | | | |
| 4. - Munder Future Technology | | | | | | | | | |
| 5. - Oppenheimer Capital Apprec. | | | | | | | | | |
| 6. - Oppenheimer Growth Class | | | | | | | | | |
| 7. County of San Diego 457 | D | Dividend | L | T | | | | | |
| 8. Nationwide Retirement 401 | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sabraw, Dana M | 03/22/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

N/A

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date **3-22-06**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544